Court of Criminal Appeals                                August 21, 2015
P.O. Box 12308, Capitol Station
Austin, TX 78711


RE: EX PARTE CLIFTON DEWAYNE HARVIN: CCA No. WR-72,328-03
    Trial court Cause No. 95-08-0076M-CR-B


Dear Mr. Acosta,


     Sir I am writing today to inquire into the current status of my writ application. The last I heard was that the case had been set for submission on January 21, 2015. If there is a specific date a hearing will be held or if one has already been held, please let me know the date of the hearing.

     As always, thank you for your time and effort in this matter, they are appreciated.


RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 26 2015

Abel Acosta, Clerk

                                     Sincerely, Clifton D. Harvin
                                     Clifton D. Harvin
                                     1235629
                                     2101 FM 369 N.
                                     Iowa Park, TX 76367

                                     Allred Unit


xc/my file                    1